IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Lightwire, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.   18 C 3071 |
| | ) | |
| **Vapor 4 Life Holdings, Inc.,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Motions for leave to appear *pro hac vice* [12, 13] are granted.

ENTER:

Dated: June 25, 2018

_____
REBECCA R. PALLMEYER
United States District Judge